## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Jennifer P. Nightingale                                    CHAPTER 13
                          Debtor(s)

                                                          BKY. NO. 22-22158 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

    Respectfully submitted,

    /s/ **Brian C. Nicholas**
    Brian Nicholas
    14 Nov 2022, 14:54:50, EST

    Brian C. Nicholas, Esq. (317240) ☑
    Denise Carlon, Esq. (317226) ☐
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    412-430-3594
    bkgroup@kmllawgroup.com