FILED
11/16/22 3:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CASE NO. : 22-22158-GLT |
| JENNIFER P. NIGHTINGALE : | |
| DEBTOR : | CHAPTER 13 |
| : | |
| JENNIFER P. NIGHTINGALE : | |
| MOVANT : | |
| VS. : | Related to Docket No. 14 |
| : | |
| NO RESPONDENTS : | |

**ORDER GRANTING ADDITIONAL TIME TO FILE SCHEDULES**
**AND CHAPTER 13 PLAN**

AND NOW, this ____16th Day of November____, 2022, upon the Motion of the above named Debtor, praying for an extension of time within which to file her completed Chapter 13 Bankruptcy Schedules and Chapter 13 Plan, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

ORDERED, ADJUDGED and DECREED that the time for the Debtor, Jennifer P. Nightingale, to file her completed Chapter 13 Bankruptcy Schedules and Chapter 13 Plan be and is hereby extended to and including November 30, 2022.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

cc: Michael C. Eisen

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22158-GLT |
| Jennifer P. Nightingale | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Nov 16, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jennifer P. Nightingale, 2756 Drake Court, Gibsonia, PA 15044-8374 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Michael C. Eisen | on behalf of Debtor Jennifer P. Nightingale attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5