IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENSYLVANIA

IN RE: :
: CASE NO. 22-22158-GLT
JENNIFER P. NIGHTINGALE :
: CHAPTER 13
DEBTOR :
:

PROOF OF INCOME

Filed on behalf of:
Jennifer P. Nightingale

Counsel of Record:

Michael C. Eisen
PA ID # 74523
M. Eisen & Associates, P.C.
404 McKnight Park Drive
Pittsburgh, PA 15237
412-367-9005
attorneyeisen@yahoo.com



Case 22-22158 Filed 11/30/22 Entered 11/30/22 15:22:43 Desc Main
Document Page 2 of 6

**Pennsylvania's STATE SYSTEM of Higher Education**

2300 Vartan Way Suite 207, Harrisburg, PA    (717) 720-4000

| | |
|---|---|
| Personnel No | Pay Date : 11/04/2022 |
| Nightingale Jennifer P | Pay No. : 22/2022 |
| University :Slippery Rock University | Pay Cycle: Salary FT 26 |
| Address :2756 DRAKE CT | |
| GIBSONIA PA 15044 | |
| Pay period :10/08/2022 to 10/21/2022 | Pay Range: 35 |
| Withholding :FED Single 00 | Pay Step : 13 |
| This pay statement was provided from PASSHE's Payroll system on 11/01/2022. | |

| | Earnings | Pre-Tax | Taxes | Post Tax | Net Pay |
|---|---|---|---|---|---|
| Current | 3,988.80 - | 351.81 - | 1,055.50 - | 74.25 = | 2,507.24 |
| YTD | 96,327.94 - | 8,251.03 - | 26,038.46 - | 1,651.58 | |

### EARNINGS

| CATEGORY | Current Hours | YTD Hours | Current Amount | YTD Amount |
|---|---|---|---|---|
| REG SALARY 26 PAY | 37.50 | 1230.00 | 1,994.40 | 64,029.91 |
| SICK LEAVE | 37.50 | 420.00 | 1,994.40 | 21,972.48 |
| SUMMER TEACH< 7/1 | | 112.50 | | 6,956.07 |
| DE COMP PER STUD | | 33.00 | | 495.00 |
| DE COMP PER STUD <7/1 | | 23.00 | | 345.00 |
| INCRMNT CASH PAY | | 0.00 | | 2,529.48 |
| **Total Earnings** | | | **3,988.80** | **96,327.94** |

### PRE-TAX DEDUCTIONS

| CATEGORY | Current Amount | YTD Amount |
|---|---|---|
| SERS CONTRIBUTION DB | 249.30 | 6,020.51 |
| HMO UPMC | 64.05 | 1,384.40 |
| MED-FLEX SPEND ACCT | 38.46 | 846.12 |
| **Total Pre-Tax** | **351.81** | **8,251.03** |

### POST-TAX DEDUCTIONS

| CATEGORY | Current Amount | YTD Amount |
|---|---|---|
| APSCUF DUES | 45.87 | 1,107.72 |
| APSCUF-CAP RMT | 4.00 | 88.00 |
| AD&D | 0.69 | 15.18 |
| VOLUNTARY LIFE | 15.23 | 254.56 |
| LTD | 8.46 | 186.12 |
| **Total Post-Tax** | **74.25** | **1,651.58** |

### TAXES

| CATEGORY | | Current Amount | YTD Amount |
|---|---|---|---|
| **Federal** | **Federal** | | |
| Withholding Tax | | 595.63 | 14,908.46 |
| Social Security Tax | | 240.95 | 5,834.04 |
| Medicare Tax | | 56.35 | 1,364.41 |
| **State** | **Pennsylvania** | | |
| Withholding Tax | | 119.31 | 2,888.78 |
| Unemployment Tax | | 2.40 | 57.80 |
| **City** | **Hampton Township** | | |
| Withholding Tax | | 38.86 | 940.97 |
| **City** | **Slippery Rock Borough** | | |
| Local Services Tax | | 2.00 | 44.00 |
| **Total Taxes** | | **1,055.50** | **26,038.46** |

### TAXABLE WAGE BASE

| CATEGORY | | Current Amount | YTD Amount |
|---|---|---|---|
| **Federal** | **Federal** | | |
| Withholding Tax | | 3,636.99 | 88,076.91 |
| Social Security Tax | | 3,886.29 | 94,097.42 |
| Medicare Tax | | 3,886.29 | 94,097.42 |
| **State** | **Pennsylvania** | | |
| Withholding Tax | | 3,886.29 | 94,097.42 |
| Unemployment Tax | | 3,988.80 | 96,327.94 |
| **City** | **Hampton Township** | | |
| Withholding Tax | | 3,886.29 | 94,097.42 |
| **City** | **Slippery Rock Borough** | | |
| Local Services Tax | | 3,988.80 | 96,327.94 |

### PAYMENT DETAILS

| Method | Detail | Amount |
|---|---|---|
| Bank transfer (ACH PPD) | CITIZENS BANK | 2,307.24 |
| Bank transfer (ACH PPD) | CITIZENS BANK | 200.00 |



**Pennsylvania's STATE SYSTEM of Higher Education**
2300 Vartan Way Suite 207, Harrisburg, PA  (717) 720-4000

| | |
|---|---|
| Personnel No | Pay Date : 10/21/2022 |
| Name: | Pay No: M21/2022 |
| University: Slippery Rock University | Desc: Main |
| Address: 2756 DRAKE CT GIBSONIA PA 15044 | Pay Cycle: Salary FT 26 |
| Pay period :09/24/2022 to 10/07/2022 | Pay Range: 35 |
| Withholding :FED Single 00 | Pay Step : 13 |

This pay statement was provided from PASSHE's Payroll system on 11/01/2022.

| | Earnings | Pre-Tax | Taxes | Post Tax = | Net Pay |
|---|---|---|---|---|---|
| Current | 3,988.80 - | 351.81 - | 1,055.49 - | 74.25 = | 2,507.25 |
| YTD | 92,339.14 - | 7,899.22 - | 24,982.96 - | 1,577.33 | |

### EARNINGS

| CATEGORY | Current Hours | YTD Hours | Current Amount | YTD Amount |
|---|---|---|---|---|
| REG SALARY 26 PAY | 45.00 | 1192.50 | 2,393.28 | 62,035.51 |
| SICK LEAVE | 30.00 | 382.50 | 1,595.52 | 19,978.08 |
| SUMMER TEACH< 7/1 | | 112.50 | | 6,956.07 |
| DE COMP PER STUD | | 33.00 | | 495.00 |
| DE COMP PER STUD <7/1 | | 23.00 | | 345.00 |
| INCRMNT CASH PAY | | 0.00 | | 2,529.48 |
| **Total Earnings** | | | **3,988.80** | **92,339.14** |

### PRE-TAX DEDUCTIONS

| CATEGORY | Current Amount | YTD Amount |
|---|---|---|
| SERS CONTRIBUTION DB | 249.30 | 5,771.21 |
| HMO UPMC | 64.05 | 1,320.35 |
| MED-FLEX SPEND ACCT | 38.46 | 807.66 |
| **Total Pre-Tax** | **351.81** | **7,899.22** |

### POST-TAX DEDUCTIONS

| CATEGORY | Current Amount | YTD Amount |
|---|---|---|
| APSCUF DUES | 45.87 | 1,061.85 |
| APSCUF-CAP RMT | 4.00 | 84.00 |
| AD&D | 0.69 | 14.49 |
| VOLUNTARY LIFE | 15.23 | 239.33 |
| LTD | 8.46 | 177.66 |
| **Total Post-Tax** | **74.25** | **1,577.33** |

### TAXES

| CATEGORY | | Current Amount | YTD Amount |
|---|---|---|---|
| Federal | Federal | | |
| Withholding Tax | | 595.63 | 14,312.83 |
| Social Security Tax | | 240.95 | 5,593.09 |
| Medicare Tax | | 56.35 | 1,308.06 |
| State | Pennsylvania | | |
| Withholding Tax | | 119.31 | 2,769.47 |
| Unemployment Tax | | 2.39 | 55.40 |
| City | Hampton Township | | |
| Withholding Tax | | 38.86 | 902.11 |
| City | Slippery Rock Borough | | |
| Local Services Tax | | 2.00 | 42.00 |
| **Total Taxes** | | **1,055.49** | **24,982.96** |

### TAXABLE WAGE BASE

| CATEGORY | | Current Amount | YTD Amount |
|---|---|---|---|
| Federal | Federal | | |
| Withholding Tax | | 3,636.99 | 84,439.92 |
| Social Security Tax | | 3,886.29 | 90,211.13 |
| Medicare Tax | | 3,886.29 | 90,211.13 |
| State | Pennsylvania | | |
| Withholding Tax | | 3,886.29 | 90,211.13 |
| Unemployment Tax | | 3,988.80 | 92,339.14 |
| City | Hampton Township | | |
| Withholding Tax | | 3,886.29 | 90,211.13 |
| City | Slippery Rock Borough | | |
| Local Services Tax | | 3,988.80 | 92,339.14 |

### PAYMENT DETAILS

| Method | Detail | Amount |
|---|---|---|
| Bank transfer (ACH PPD) | CITIZENS BANK | 2,307.25 |
| Bank transfer (ACH PPD) | CITIZENS BANK | 200.00 |



**Pennsylvania's STATE SYSTEM of Higher Education**
2300 Vartan Way Suite 207, Harrisburg, PA    (717) 720-4000

| | |
|---|---|
| Personnel N: | Pay Date : 10/07/2022 |
| Name: Nightingale, Jennifer P. | Pay No. : 20/2022 |
| University: Slippery Rock University | Pay Cycle: Salary FT 26 |
| Address: 2750 DRAKE CT | |
| GIBSONIA PA 15044 | |
| Pay period :09/10/2022 to 09/23/2022 | Pay Range: 35 |
| Withholding :FED Single 00 | Pay Step : 13 |

This pay statement was provided from PASSHE's Payroll system on 11/01/2022.

| | Earnings - | Pre-Tax - | Taxes - | Post Tax = | Net Pay |
|---|---|---|---|---|---|
| Current | 3,988.80 | 351.81 | 1,055.49 | 74.25 | 2,507.25 |
| YTD | 88,350.34 | 7,547.41 | 23,927.47 | 1,503.08 | |

### EARNINGS

| CATEGORY | Current Hours | YTD Hours | Current Amount | YTD Amount |
|---|---|---|---|---|
| REG SALARY 26 PAY | 71.25 | 1181.25 | 3,789.36 | 61,437.19 |
| SICK LEAVE | 3.75 | 318.75 | 199.44 | 16,587.60 |
| SUMMER TEACH< 7/1 | | 112.50 | | 6,956.07 |
| DE COMP PER STUD | | 33.00 | | 495.00 |
| DE COMP PER STUD <7/1 | | 23.00 | | 345.00 |
| INCRMNT CASH PAY | | 0.00 | | 2,529.48 |
| **Total Earnings** | | | **3,988.80** | **88,350.34** |

### PRE-TAX DEDUCTIONS

| CATEGORY | Current Amount | YTD Amount |
|---|---|---|
| SERS CONTRIBUTION DB | 249.30 | 5,521.91 |
| HMO UPMC | 64.05 | 1,256.30 |
| MED-FLEX SPEND ACCT | 38.46 | 769.20 |
| **Total Pre-Tax** | **351.81** | **7,547.41** |

### POST-TAX DEDUCTIONS

| CATEGORY | Current Amount | YTD Amount |
|---|---|---|
| APSCUF DUES | 45.87 | 1,015.98 |
| APSCUF-CAP RMT | 4.00 | 80.00 |
| AD&D | 0.69 | 13.80 |
| VOLUNTARY LIFE | 15.23 | 224.10 |
| LTD | 8.46 | 169.20 |
| **Total Post-Tax** | **74.25** | **1,503.08** |

### TAXES

| CATEGORY | | Current Amount | YTD Amount |
|---|---|---|---|
| **Federal** | Federal | | |
| Withholding Tax | | 595.63 | 13,717.20 |
| Social Security Tax | | 240.95 | 5,352.14 |
| Medicare Tax | | 56.35 | 1,251.71 |
| **State** | Pennsylvania | | |
| Withholding Tax | | 119.31 | 2,650.16 |
| Unemployment Tax | | 2.39 | 53.01 |
| **City** | Hampton Township | | |
| Withholding Tax | | 38.86 | 863.25 |
| **City** | Slippery Rock Borough | | |
| Local Services Tax | | 2.00 | 40.00 |
| **Total Taxes** | | **1,055.49** | **23,927.47** |

### TAXABLE WAGE BASE

| CATEGORY | | Current Amount | YTD Amount |
|---|---|---|---|
| **Federal** | Federal | | |
| Withholding Tax | | 3,636.99 | 80,802.93 |
| Social Security Tax | | 3,886.29 | 86,324.84 |
| Medicare Tax | | 3,886.29 | 86,324.84 |
| **State** | Pennsylvania | | |
| Withholding Tax | | 3,886.29 | 86,324.84 |
| Unemployment Tax | | 3,988.80 | 88,350.34 |
| **City** | Hampton Township | | |
| Withholding Tax | | 3,886.29 | 86,324.84 |
| **City** | Slippery Rock Borough | | |
| Local Services Tax | | 3,988.80 | 88,350.34 |

### PAYMENT DETAILS

| Method | Detail | Amount |
|---|---|---|
| Bank transfer (ACH PPD) | CITIZENS BANK | 2,307.25 |
| Bank transfer (ACH PPD) | CITIZENS BANK | 200.00 |



# Pennsylvania's STATE SYSTEM of Higher Education

2300 Vartan Way Suite 207, Harrisburg, PA  (717) 720-4000

| | | |
|---|---|---|
| Personnel No | | Pay Date : 09/23/2022 |
| University | :Slippery Rock University | Pay No. M19/2022 |
| Address | :2956 DRAKE CT | Desc Main |
| | GIBSONIA PA 15044 | Pay Cycle: Salary FT 26 |
| Pay period | :08/27/2022 to 09/09/2022 | Pay Range: 35 |
| Withholding | :FED Single 00 | Pay Step : 13 |

This pay statement was provided from PASSHE's Payroll system on 11/01/2022.

| | Earnings | Pre-Tax | Taxes | Post Tax | = Net Pay |
|---|---|---|---|---|---|
| Current | 3,988.80 - | 351.81 - | 1,055.50 - | 74.25 = | 2,507.24 |
| YTD | 84,361.54 - | 7,195.60 - | 22,871.98 - | 1,428.83 | |

## EARNINGS

| CATEGORY | Current Hours | YTD Hours | Current Amount | YTD Amount |
|---|---|---|---|---|
| REG SALARY 26 PAY | 41.25 | 1110.00 | 2,193.84 | 57,647.83 |
| SICK LEAVE | 33.75 | 315.00 | 1,794.96 | 16,388.16 |
| SUMMER TEACH< 7/1 | | 112.50 | | 6,956.07 |
| DE COMP PER STUD | | 33.00 | | 495.00 |
| DE COMP PER STUD <7/1 | | 23.00 | | 345.00 |
| INCRMNT CASH PAY | | 0.00 | | 2,529.48 |
| Total Earnings | | | 3,988.80 | 84,361.54 |

## PRE-TAX DEDUCTIONS

| CATEGORY | Current Amount | YTD Amount |
|---|---|---|
| SERS CONTRIBUTION DB | 249.30 | 5,272.61 |
| HMO UPMC | 64.05 | 1,192.25 |
| MED-FLEX SPEND ACCT | 38.46 | 730.74 |
| Total Pre-Tax | 351.81 | 7,195.60 |

## POST-TAX DEDUCTIONS

| | Current Amount | YTD Amount |
|---|---|---|
| APSCUF DUES | 45.87 | 970.11 |
| APSCUF-CAP RMT | 4.00 | 76.00 |
| AD&D | 0.69 | 13.11 |
| VOLUNTARY LIFE | 15.23 | 208.87 |
| LTD | 8.46 | 160.74 |
| Total Post-Tax | 74.25 | 1,428.83 |

## TAXES

| CATEGORY | | Current Amount | YTD Amount |
|---|---|---|---|
| Federal | Federal | | |
| Withholding Tax | | 595.63 | 13,121.57 |
| Social Security Tax | | 240.95 | 5,111.19 |
| Medicare Tax | | 56.35 | 1,195.36 |
| State | Pennsylvania | | |
| Withholding Tax | | 119.31 | 2,530.85 |
| Unemployment Tax | | 2.40 | 50.62 |
| City | Hampton Township | | |
| Withholding Tax | | 38.86 | 824.39 |
| City | Slippery Rock Borough | | |
| Local Services Tax | | 2.00 | 38.00 |
| Total Taxes | | 1,055.50 | 22,871.98 |

## TAXABLE WAGE BASE

| CATEGORY | | Current Amount | YTD Amount |
|---|---|---|---|
| Federal | Federal | | |
| Withholding Tax | | 3,636.99 | 77,165.94 |
| Social Security Tax | | 3,886.29 | 82,438.55 |
| Medicare Tax | | 3,886.29 | 82,438.55 |
| State | Pennsylvania | | |
| Withholding Tax | | 3,886.29 | 82,438.55 |
| Unemployment Tax | | 3,988.80 | 84,361.54 |
| City | Hampton Township | | |
| Withholding Tax | | 3,886.29 | 82,438.55 |
| City | Slippery Rock Borough | | |
| Local Services Tax | | 3,988.80 | 84,361.54 |

## PAYMENT DETAILS

| Method | Detail | Amount |
|---|---|---|
| Bank transfer (ACH PPD) | CITIZENS BANK | 2,307.24 |
| Bank transfer (ACH PPD) | CITIZENS BANK | 200.00 |



Case 2:22-cv-01519 Filed 11/30/22 Entered 11/30/22 15:22:43 Desc Main Document Page 6 of 6

# Pennsylvania's STATE SYSTEM of Higher Education

2300 Vartan Way Suite 207, Harrisburg, PA     (717) 720-4000

| | | |
|---|---|---|
| Personnel No | : Nightingale Jennifer C | Pay Date : 09/09/2022 |
| University | : Slippery Rock University | Pay No: M18/2022 |
| Address | : 2956 DRAKE CT | Pay Cycle: Salary FT 26 |
| | GIBSONIA PA 15044 | |
| Pay period | : 08/13/2022 to 08/26/2022 | Pay Range: 35 |
| Withholding | : FED Single 00 | Pay Step : 13 |

This pay statement was provided from PASSHE's Payroll system on 11/01/2022.

| | Earnings - | Pre-Tax - | Taxes - | Post Tax = | Net Pay |
|---|---|---|---|---|---|
| Current | 3,891.51 | 345.73 | 1,023.09 | 73.13 | 2,449.56 |
| YTD | 80,372.74 | 6,843.79 | 21,816.48 | 1,354.58 | |

### EARNINGS

| CATEGORY | Current Hours | YTD Hours | Current Amount | YTD Amount |
|---|---|---|---|---|
| REG SALARY 26 PAY | 75.00 | 1068.75 | 3,891.51 | 55,453.99 |
| SICK LEAVE | | 281.25 | | 14,593.20 |
| SUMMER TEACH< 7/1 | | 112.50 | | 6,956.07 |
| DE COMP PER STUD | | 33.00 | | 495.00 |
| DE COMP PER STUD <7/1 | | 23.00 | | 345.00 |
| INCRMNT CASH PAY | | 0.00 | | 2,529.48 |
| **Total Earnings** | | | **3,891.51** | **80,372.74** |

### PRE-TAX DEDUCTIONS

| CATEGORY | Current Amount | YTD Amount |
|---|---|---|
| SERS CONTRIBUTION DB | 243.22 | 5,023.31 |
| HMO UPMC | 64.05 | 1,128.20 |
| MED-FLEX SPEND ACCT | 38.46 | 692.28 |
| **Total Pre-Tax** | **345.73** | **6,843.79** |

### POST-TAX DEDUCTIONS

| CATEGORY | Current Amount | YTD Amount |
|---|---|---|
| APSCUF DUES | 44.75 | 924.24 |
| APSCUF-CAP RMT | 4.00 | 72.00 |
| AD&D | 0.69 | 12.42 |
| VOLUNTARY LIFE | 15.23 | 193.64 |
| LTD | 8.46 | 152.28 |
| **Total Post-Tax** | **73.13** | **1,354.58** |

### TAXES

| CATEGORY | | Current Amount | YTD Amount |
|---|---|---|---|
| **Federal** | Federal | | |
| Withholding Tax | | 574.69 | 12,525.94 |
| Social Security Tax | | 234.92 | 4,870.24 |
| Medicare Tax | | 54.94 | 1,139.01 |
| **State** | Pennsylvania | | |
| Withholding Tax | | 116.32 | 2,411.54 |
| Unemployment Tax | | 2.33 | 48.22 |
| **City** | Hampton Township | | |
| Withholding Tax | | 37.89 | 785.53 |
| **City** | Slippery Rock Borough | | |
| Local Services Tax | | 2.00 | 36.00 |
| **Total Taxes** | | **1,023.09** | **21,816.48** |

### TAXABLE WAGE BASE

| CATEGORY | | Current Amount | YTD Amount |
|---|---|---|---|
| **Federal** | Federal | | |
| Withholding Tax | | 3,545.78 | 73,528.95 |
| Social Security Tax | | 3,789.00 | 78,552.26 |
| Medicare Tax | | 3,789.00 | 78,552.26 |
| **State** | Pennsylvania | | |
| Withholding Tax | | 3,789.00 | 78,552.26 |
| Unemployment Tax | | 3,891.51 | 80,372.74 |
| **City** | Hampton Township | | |
| Withholding Tax | | 3,789.00 | 78,552.26 |
| **City** | Slippery Rock Borough | | |
| Local Services Tax | | 3,891.51 | 80,372.74 |

### PAYMENT DETAILS

| Method | Detail | Amount |
|---|---|---|
| Bank transfer (ACH PPD) | CITIZENS BANK | 2,249.56 |
| Bank transfer (ACH PPD) | CITIZENS BANK | 200.00 |