IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JENNIFER P. NIGHTINGALE, | ) | Bankruptcy Case No. 22-22158 |
| Debtor | ) | |
| | ) | Chapter 13 |
| | ) | |

ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO:   Clerk of Courts

SIR:

Please enter our appearance on behalf of Peoples Natural Gas Company, LLC in the above captioned matter. We request copies of further Notices and Orders in accord with the attached Declaration.

Please enter the address below as the mailing address for this creditor. All notices should be mailed to the following address:

**Peoples Natural Gas Company, LLC
c/o GRB Law
525 William Penn Pl., Suite 3110
Pittsburgh, Pa. 15219**

Executed on:
December 22, 2022.

                                            GRB Law
                                            Attorneys for Peoples Natural Gas Company, LLC

By:   /s/Jeffrey R. Hunt
      Jeffrey R. Hunt
      Pa I.D. No. 90342
      jhunt@grblaw.com

      S. James Wallace
      Pa. I.D. No. 28815
      jwallace@grblaw.com

      525 William Penn Pl., Suite 3110
      Pittsburgh, Pa. 15219
      412-281-0587

DECLARATION IN LIEU OF AFFIDAVIT
Regarding Request To Be Added to the Mailing Matrix

I am the Attorney for Peoples Natural Gas Company, LLC, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The **new address shown on the preceding page** should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

( X )   that there are no other requests to receive notices on behalf of this creditor, or

(   )   that any prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.
Executed on December 22, 2022.

GRB Law
Attorneys for Peoples Natural Gas Company, LLC

By:     /s/Jeffrey R. Hunt
        Jeffrey R. Hunt
        Pa I.D. No. 90342
        jhunt@grblaw.com

        S. James Wallace
        Pa. I.D. No. 28815
        jwallace@grblaw.com

        525 William Penn Pl., Suite 3110
        Pittsburgh, Pa. 15219
        412-281-0587