FILED
6/23/23 1:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Jennifer P. Nightingale

Debtor(s).

Case No. 22-22158-GLT

Chapter 13

Related to Doc. Nos. 31, 35 & 37

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

❑   a motion to dismiss case or certificate of default requesting dismissal

|   a plan modification sought by:  The Trustee

❑   a motion to lift stay
    as to creditor    _____

❑   Other:    _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑ Chapter 13 Plan dated _____
|  Amended Chapter 13 Plan dated February 27, 2023

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑   Debtor(s) Plan payments shall be changed from $ _____ to $ _____ per _____, effective _____; and/or the Plan term shall be changed from ____ months to ____ months.

[04/22]                                             -1-

- ❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❑ Debtor(s) shall file and serve _____ on or before _____.

- ❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- | Other: <u>The claim of the IRS (Claim #8-2) shall govern.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this _23th Day of June, 2023

Dated: _ June 23, 2023

_____
Gregory R. Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:      Stipulated by:

/s/ Michael C. Eisen
Michael C. Eisen (PA I.D. #74523)
Counsel to Debtor
M. Eisen and Associates, PC
6200 Babcock Blvd
Pittsburgh, PA  15237
412-367-9005
attorneyeisen@yahoo.com

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Counsel to Chapter 13 Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22158-GLT |
| Jennifer P. Nightingale | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 23, 2023 | Form ID: pdf900 | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer P. Nightingale, 2756 Drake Court, Gibsonia, PA 15044-8374 |
| 15543100 | + | Advantage Credit Counseling Service, River Park Commons, 2403 Sidney Street, Ste 400, Pittsburgh, PA 15203-2181 |
| 15543110 | + | District Justice Tom Swan, Mag. Dist. No. 05-3-04, 2060 Saxonburg Blvd, Gibsonia, PA 15044-7953 |
| 15543119 | + | Mychal Rutkowski, Esq., Patenaude & Felix A.P.C., 2400 Ansys Drive, Ste 402-B, Canonsburg, PA 15317-0403 |
| 15560349 | | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15560353 | | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 24 2023 00:04:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 23 2023 23:55:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15543101 | + | Email/PDF: bncnotices@becket-lee.com | Jun 24 2023 00:04:23 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 15554060 | | Email/PDF: bncnotices@becket-lee.com | Jun 24 2023 00:04:34 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15543102 | + | Email/Text: bnc-applied@quantum3group.com | Jun 23 2023 23:56:00 | Applied Bank, PO Box 70165, Philadelphia, PA 19176-0165 |
| 15543132 | | Email/Text: cfcbackoffice@contfinco.com | Jun 23 2023 23:55:00 | TBOM/Continental Finance, 4550 New Linden Hill Road, #400, Wilmington, DE 19808 |
| 15543103 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 24 2023 00:04:22 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15548550 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 24 2023 00:04:33 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15550291 | | Email/Text: bnc-quantum@quantum3group.com | Jun 23 2023 23:55:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 15543104 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 23 2023 23:55:00 | Comenity Bank/DSW Visa, PO Box 182789, Columbus, OH 43218-2789 |
| 15543105 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 23 2023 23:55:00 | Comenity Bank/Pier 1, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15543106 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 23 2023 23:55:00 | Comenity Bank/Victorias Secret, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 15543107 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 23 2023 23:55:00 | Comenity Bank/Wayfair, PO Box 182789, |

Case 22-22158-GLT    Doc 39    Filed 06/25/23    Entered 06/26/23 10:52:26    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Jun 23, 2023 | Form ID: pdf900 | Total Noticed: 59 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Columbus, OH 43218-2789 |
| 15543108 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 23 2023 23:55:00 | Comenity Bank/Williams Sonoma, PO Box 182789, Columbus, OH 43218-2789 |
| 15556546 | + | Email/Text: bankruptcy@sccompanies.com | Jun 23 2023 23:56:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15551270 | + | Email/Text: clientservices@credit-control.com | Jun 23 2023 23:55:00 | Credit Control LLC, 5757 Phantom Drive, Ste 330, Hazelwood, MO 63042-2429 |
| 15551271 | | Email/Text: mrdiscen@discover.com | Jun 23 2023 23:55:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 15560002 | + | Email/Text: jdryer@bernsteinlaw.com | Jun 23 2023 23:55:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15543112 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 23 2023 23:55:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15543113 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2023 00:04:28 | Macy's/DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 15559665 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 24 2023 00:04:28 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15543114 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2023 23:55:00 | Midland Credit Management Inc., PO Box 301030, Los Angeles, CA 90030-1030 |
| 15553083 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2023 23:55:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15543115 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 24 2023 00:04:22 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 15543116 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 24 2023 00:04:29 | Midland Mortgage/Midfirst, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 15543117 | + | Email/Text: bankruptcy@sccompanies.com | Jun 23 2023 23:56:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15556543 | + | Email/Text: bankruptcy@sccompanies.com | Jun 23 2023 23:56:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15556545 | + | Email/Text: bankruptcy@sccompanies.com | Jun 23 2023 23:56:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15543118 | + | Email/Text: bankruptcy@sccompanies.com | Jun 23 2023 23:56:00 | Monroe and Main, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15560369 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 23 2023 23:55:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15543120 | + | Email/Text: bnc@nordstrom.com | Jun 23 2023 23:55:25 | Nordstrom/TD Bank USA, 13531 E. Caley Ave, Englewood, CO 80111-6504 |
| 15543122 | + | Email/Text: bncnotifications@pheaa.org | Jun 23 2023 23:55:00 | PHEAA, PO Box 60610, Harrisburg, PA 17106-0610 |
| 15543123 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 23 2023 23:55:00 | PNC Bank, PO Box 5570, Cleveland, OH 44101 |
| 15543124 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 23 2023 23:55:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101 |
| 15558276 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 23 2023 23:55:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 15543121 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 23 2023 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15558735 | | Email/Text: bnc-quantum@quantum3group.com | Jun 23 2023 23:55:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15543125 | + | Email/Text: ngisupport@radiusgs.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 23 2023 23:55:00 | Radius Global Solutions LLC, 500 North Franklin Turnpike, Ste 315, Mail Code 747, Ramsey, NJ 07446-1160 |
| 15543127 | + | Email/PDF: clerical@simmassociates.com | Jun 24 2023 00:04:33 | SIMM Associates, Inc., PO Box 7526, Newark, DE 19714-7526 |
| 15543128 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2023 00:04:27 | SYNCB/Belk, PO Box 965028, Orlando, FL 32896-5028 |
| 15543129 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2023 00:04:26 | SYNCB/Gap, PO Box 965005, Orlando, FL 32896-5005 |
| 15543130 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2023 00:04:34 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 15543131 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2023 00:04:26 | SYNCB/PPMC, PO Box 965005, Orlando, FL 32896-5005 |
| 15543126 | + | Email/Text: bankruptcy@sccompanies.com | Jun 23 2023 23:56:00 | Seventh Ave, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15556544 | + | Email/Text: bankruptcy@sccompanies.com | Jun 23 2023 23:56:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15559992 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2023 00:04:28 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15543291 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 24 2023 00:04:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15543133 | + | Email/Text: bncmail@w-legal.com | Jun 23 2023 23:55:00 | TD Bank/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 15543134 | + | Email/Text: bankruptcy@sccompanies.com | Jun 23 2023 23:56:00 | Through the Country Door, Attn: Bankruptcy Dept, PO Box 2830, Monroe, WI 53566-8030 |
| 15560555 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 23 2023 23:55:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15560349 | | Email/Text: BNCnotices@dcmservices.com | Jun 23 2023 23:55:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15551273 | ^ | MEBN | Jun 23 2023 23:51:25 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15560353 | | Email/Text: BNCnotices@dcmservices.com | Jun 23 2023 23:55:00 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15543111 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 23 2023 23:55:00 | Elan Financial Services, PO Box 108, Saint Louis, MO 63166 |
| 15543623 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 24 2023 00:04:21 | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| 15543109 | | Credit Control LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15543552 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15551272 | *+ | U.S. Dept of Housing & Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jun 23, 2023 | Form ID: pdf900 | Total Noticed: 59 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2023         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Michael C. Eisen | on behalf of Debtor Jennifer P. Nightingale attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6