FILED
3/14/24 2:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 22-22158-GLT |
| Jennifer P. Nightingale | : | |
|    Debtor | : | Chapter 13 |
| _____ | : | |
| Jennifer P. Nightingale | : | |
|    Movant | : | |
| V. | : | Related to Docket No. 45 |
| | : | |
| No Respondent | | |

**MODIFIED ORDER EMPLOYING SPECIAL COUNSEL FOR THE DEBTOR**

AND NOW, this 14th day of March, 2024, upon consideration of the Debtor's **MOTION FOR APPROVAL OF EMPLOYMENT OF SPECIAL COUNSEL**, filed at docket number 45, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

1. The *Application* is approved as of the date the *Application* was filed, and subject to the terms of this *Order*.

2. James B. Lieber, Esquire, Lieber, Hammer, Huber & Paul P.C., 5528 Walnut Street, Pittsburgh, PA 15232 is hereby appointed as Special Counsel for the Debtor in this bankruptcy proceeding for the reasons set forth in the *Application*.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation, and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the clients, and awards in similar cases.

4. Approval of any application for appointment of counsel in which certain terms of compensation are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-referenced factors in

granting approval by Court Order.

5. Notwithstanding anything to the contrary in the *Application*, Special Counsel shall bill the Debtor at half its typical hourly rate for services, unless directed otherwise by further Court order.

6. Special Counsel shall file a status report with the Court within seven days of the following events: (a) the conclusion of any hearing conducted by the Equal Employment Opportunity Commission ("EEOC"); and (b) the receipt of any determination from the EEOC regarding the Debtor's case. The status report may be submitted to Debtor's counsel for filing with the Court if Special Counsel lacks CM/ECF filing privileges in this District.

7. **Applicant shall serve this *Order* on all interested parties and file a certificate of service.**

                                                                                                      _____ cgr
                                                                                     **GREGORY L. TADDONIO**

cc: Debtor  
      Counsel  
      Office of the U.S. Trustee  
                                                                     United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22158-GLT |
| Jennifer P. Nightingale | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2
Date Rcvd: Mar 14, 2024    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

**Recip ID    Recipient Name and Address**
db    + Jennifer P. Nightingale, 2756 Drake Court, Gibsonia, PA 15044-8374

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**
sp    ##+    James B. Lieber, Lieber, Hammer, Huber & Paul P.C., 5528 Walnut Street, Pittsburgh, PA 15232-2312

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:

**Name    Email Address**

Denise Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Mar 14, 2024 | Form ID: pdf900 | Total Noticed: 1

Michael C. Eisen
    on behalf of Debtor Jennifer P. Nightingale attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6