IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JENNIFER P. NIGHTINGALE

    DEBTOR

CASE NO. 22-22158-GLT

CHAPTER 13

PROOF OF PAYMENT AND
NOTARIZED AFFIDAVIT

Filed on behalf of:
Jennifer P. Nightingale

Counsel of Record:

Michael C. Eisen
PA ID # 74523
M. Eisen & Associates, P.C.
404 McKnight Park Drive
Pittsburgh, PA 15237
412-367-9005
attorneyeisen@yahoo.com

## AFFIDAVIT

Commonwealth of Pennsylvania )
) S.S.
County of Allegheny )

I, Jennifer Nightingale, of Gibsonia, in Allegheny County, Pennsylvania, being duly sworn state under oath that:

1. Case number 22-22158

2. Current mailing address: 2756 Drake Court, Gibsonia, PA 15044

3. I fell behind on my payments because my elderly parents moved in with me and I was obligated to support them for several months until we found adequate housing for them. They recently moved out of my house and I no longer need to support them financially.

Under penalty of perjury, I hereby declare and affirm that the above stated facts, to the best of my knowledge, are true and correct.

DATED this 1/28/2026

*/s/ Jennifer Nightingale*
Signature

Jennifer Nightingale
Print Name

**COMMONWEALTH OF
PENNSYLVANIA
COUNTY OF ALLEGHENY**

Before me, the undersigned notary public, this 1/28/2026, the affiant personally appeared, proved to me through satisfactory evidence of identification to be the person who swore or affirmed to me that the contents of the document are truthful and accurate to the best of the person's knowledge and belief.

Signature _____ (Seal)
NOTARY PUBLIC
My Commission expires: 01/03/2029

Commonwealth of Pennsylvania - Notary Seal
Derek Richard Rodgers, Notary Public
Butler County
My commission expires January 3, 2029
Commission number 1455871
Member, Pennsylvania Association of Notaries

(Signature)

Jennifer Nightingale

**FINANCIAL SUMMARY - CASE 22-22158**

JENNIFER P. NIGHTINGALE paying **$3,045.00** MONTHLY

| Receipts | Rcpts/Deb Refunds | Disbursements | Adjustments | Trustee Disb | Trustee Adj | Show All |

Limits: Select Start Date ▾  Select Claim ID ▾  Select Payee Name ▾  Check Status: Cleared | Stale Dated | Stop Payment | Cancelled | Voided | Outstanding

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 1/29/2026 | | | | TFS - NATIONWIDE TFS RECEIPT | $3,120.00 | | |
| 12/11/2025 | | | | TFS - NATIONWIDE TFS RECEIPT | $500.00 | | |
| 11/21/2025 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,550.00 | | |
| 11/7/2025 | | | | TFS - NATIONWIDE TFS RECEIPT | $450.00 | | |
| 10/9/2025 | | | | TFS - NATIONWIDE TFS RECEIPT | $153.00 | | |
| 8/15/2025 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,530.00 | | |
| 8/4/2025 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,250.00 | | |
| 7/21/2025 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,330.00 | | |
| 7/7/2025 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,560.00 | | |
| 6/23/2025 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,560.00 | | |
| 6/6/2025 | | | | TFS - NATIONWIDE TFS RECEIPT | $156.00 | | |
| 5/23/2025 | | | | TFS - NATIONWIDE TFS RECEIPT | $750.00 | | |
| 4/28/2025 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,560.00 | | |
| 4/14/2025 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,560.00 | | |
| 3/28/2025 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,560.00 | | |
| 3/14/2025 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,560.00 | | |
| 2/28/2025 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,560.00 | | |
| 2/14/2025 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,530.00 | | |
| 1/31/2025 | | | | TFS - NATIONWIDE TFS RECEIPT | $2,340.00 | | |
| 1/17/2025 | | | | TFS - NATIONWIDE TFS RECEIPT | $723.00 | | |
| 1/6/2025 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,523.00 | | |
| 12/20/2024 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,523.00 | | |
| 12/6/2024 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,523.00 | | |
| 11/27/2024 | | | | TFS - MONTHLY PLAN PAYMENT | $500.00 | | |
| 11/22/2024 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,023.00 | | |
| 10/28/2024 | | | | TFS - DELINQUENCY CATCHUP PAYMENT | $200.00 | | |
| 10/25/2024 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,522.50 | | |
| 10/11/2024 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,650.00 | | |
| 9/27/2024 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,650.00 | | |
| 9/24/2024 | | | | TFS - DELINQUENCY CATCHUP PAYMENT | $200.00 | | |
| 9/23/2024 | | | | TFS - MONTHLY PLAN PAYMENT | $650.00 | | |
| 9/13/2024 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,000.00 | | |
| 8/30/2024 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,800.00 | | |
| 8/16/2024 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,500.00 | | |
| 8/2/2024 | | | | TFS - NATIONWIDE TFS RECEIPT | $2,300.00 | | |
| 7/19/2024 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,100.00 | | |
| 7/8/2024 | | | | TFS - NATIONWIDE TFS RECEIPT | $2,400.00 | | |
| 7/1/2024 | | | | TFS - DELINQUENCY CATCHUP PAYMENT | $100.00 | | |
| 6/24/2024 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,000.00 | | |
| 6/7/2024 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,650.00 | | |
| 5/24/2024 | | | | TFS - DELINQUENCY CATCHUP PAYMENT | $500.00 | | |
| 5/15/2024 | | | | TFS - DELINQUENCY CATCHUP PAYMENT | $300.00 | | |
| 5/10/2024 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,700.00 | | |
| 4/26/2024 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,700.00 | | |
| 4/12/2024 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,700.00 | | |
| 4/4/2024 | | | | TFS - DELINQUENCY CATCHUP PAYMENT | $500.00 | | |
| 3/29/2024 | | | | TFS - NATIONWIDE TFS RECEIPT | $2,327.99 | | |
| 3/15/2024 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,000.00 | | |
| 3/1/2024 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,700.00 | | |
| 2/16/2024 | | | | TFS - NATIONWIDE TFS RECEIPT | $1,800.00 | | |
| 2/5/2024 | | | | TFS - MONTHLY PLAN PAYMENT | $1,000.00 | | |
| 2/2/2024 | | | | TFS - NATIONWIDE TFS RECEIPT | $2,050.00 | | |

### Recent Transactions

☰ View All Transactions

| Payee | Type | Status | Amount | Tech Fee |
|---|---|---|---|---|
| Ronda J Winnecour | Trustee Payment | Complete | $3,120.00 | $13.99 |

, 2026