**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/07/2026

IN RE:

| | |
|---|---|
| JENNIFER P. NIGHTINGALE | Case No.22-22158 GLT |
| 2756 DRAKE COURT | |
| GIBSONIA,  PA  15044 | Chapter 13 |
| XXX-XX-3735          Debtor(s) | |

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/7/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **SYNCHRONY BANK\*\*** | Trustee Claim Number:1   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | | ACCOUNT NO.: 9527 |
| PO BOX 41021 | | | |
| | CLAIM:  0.00 | | |
| NORFOLK, VA  23541 | COMMENT:  GAP/PRAE | | |

| | | | |
|---|---|---|---|
| **WH BURKLEY LLP(\*)** | Trustee Claim Number:2   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | | |

| | | | |
|---|---|---|---|
| **KML LAW GROUP PC\*** | Trustee Claim Number:3   INT %: 0.00% | | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM:  0.00 | | |
| PHILADELPHIA, PA  19106 | COMMENT:  MIDFIRST BANK/PRAE | | |

| | | | |
|---|---|---|---|
| **INTERNAL REVENUE SERVICE\*** | Trustee Claim Number:4   INT %: 7.00% | | CRED DESC:  SECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:8-2 | | ACCOUNT NO.:  3735 |
| PO BOX 7317 | | | |
| | CLAIM:  57,138.37 | | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  CL8-2GOV\*$/CL-PL@6%/PL\*18/SCH-PL\*AMD | | |

| | | | |
|---|---|---|---|
| **MIDFIRST BANK** | Trustee Claim Number:5   INT %: 0.00% | | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| ATTN BANKRUPTCY TRUSTEE PMTS\* | Court Claim Number:16 | | ACCOUNT NO.:  2708 |
| 999 NW GRAND BLVD STE 100 | | | |
| | CLAIM:  0.00 | | |
| OKLAHOMA, OK  73118 | COMMENT:  PMT/DECL\*975.42/PL\*DKT4PMT-LMT\*BGN 12/22 | | |

| | | | |
|---|---|---|---|
| **US DEPARTMENT OF HUD\*\*** | Trustee Claim Number:6   INT %: 0.00% | | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| 2000 N CLASSEN BLVD STE 3200 | Court Claim Number:2 | | ACCOUNT NO.:  8493 |
| | CLAIM:  0.00 | | |
| OKLAHOMA CITY, OK  73106 | COMMENT:  PMT/PL\*50x(60+2)=LMT\*NT DUE/CL\*2ND/SCH | | |

| | | | |
|---|---|---|---|
| **ADVANTAGE CREDIT COUNSELING SVC** | Trustee Claim Number:7   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| 2403 SIDNEY ST WTE 400 | Court Claim Number: | | ACCOUNT NO.:  0810 |
| | CLAIM:  0.00 | | |
| PITTSBURGH, PA  15203 | COMMENT:  NO$/SCH | | |

| | | | |
|---|---|---|---|
| **AMERICAN EXPRESS NATIONAL BANK** | Trustee Claim Number:8   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET AND LEE LLP | Court Claim Number:7 | | ACCOUNT NO.:  1009 |
| PO BOX 3001 | | | |
| | CLAIM:  2,676.36 | | |
| MALVERN, PA  19355-0701 | COMMENT:  X3463/SCH | | |

| | | | |
|---|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT FOR SADINO** | Trustee Claim Number:9   INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:14 | | ACCOUNT NO.:  5960 |
| PO BOX 2489 | | | |
| | CLAIM:  1,399.04 | | |
| KIRKLAND, WA  98083-2489 | COMMENT: | | |

| | | | |
|---|---|---|---|
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -** | Trustee Claim Number:10  INT %: 0.00% | | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:3 | | ACCOUNT NO.:  3595 |
| | CLAIM:  2,098.42 | | |
| CHARLOTTE, NC  28272-1083 | COMMENT:  X7805/SCH | | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **COMENITY BANK++** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.:  7639 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43218 | COMMENT:  NT ADR~DSW/SCH | |

| | | |
|---|---|---|
| **COMENITY BANK++** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43218 | COMMENT:  NT ADR~PIER ONE/SCH | |

| | | |
|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2037 | Court Claim Number:6 | ACCOUNT NO.:  8285 |
| | CLAIM:  443.41 | |
| WARREN, MI  48090 | COMMENT:  COMENITY*VCTR SCRT | |

| | | |
|---|---|---|
| **MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2037 | Court Claim Number:5 | ACCOUNT NO.:  7966 |
| | CLAIM:  1,034.66 | |
| WARREN, MI  48090 | COMMENT:  X8850/SCH*COMENITY*WAYFAIR | |

| | | |
|---|---|---|
| **COMENITY BANK++** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.:  4686 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43218 | COMMENT:  NT ADR~WLLMS SNM/SCH | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number: | ACCOUNT NO.:  9211 |
| PO BOX 3025 | | |
| | CLAIM:  0.00 | |
| NEW ALBANY, OH  43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **US BANK NA** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PAYMENT PROCESSING | Court Claim Number:25 | ACCOUNT NO.:  4515 |
| 3751 AIRPARK MAIL CODE CN-KY-APDC | | |
| | CLAIM:  6,136.28 | |
| OWENSBORO, KY  42301 | COMMENT:  ELAN FINANCIAL SRVCS | |

| | | |
|---|---|---|
| **CITIBANK NA**** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:4 | ACCOUNT NO.:  5371 |
| PO BOX 280 | | |
| | CLAIM:  1,230.05 | |
| KIRKLAND, WA  98083-0280 | COMMENT:  X3534/SCH*MACYS | |

| | | |
|---|---|---|
| **MIDNIGHT VELVET** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SERVICE* | Court Claim Number:9 | ACCOUNT NO.:  6550 |
| PO BOX 800849 | | |
| | CLAIM:  69.32 | |
| DALLAS, TX  75380 | COMMENT:  X0550/SCH*NO PAYMENT EVER | |

| | | |
|---|---|---|
| **MONROE & MAIN** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SERVICE* | Court Claim Number:11 | ACCOUNT NO.:  6110 |
| PO BOX 800849 | | |
| | CLAIM:  1,466.50 | |
| DALLAS, TX  75380 | COMMENT:  X0110/SCH | |

CLAIM RECORDS

| | | |
|---|---|---|
| **NORDSTROM INC** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O JEFFERSON CAPITAL SYSTEMS LLC(*) | Court Claim Number:24 | ACCOUNT NO.:  8856 |
| PO BOX 772813 | | |
| | CLAIM:  2,723.20 | |
| CHICAGO, IL  60677-2813 | COMMENT:  X7043/SCH*REF 3662396128 | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| BANKRUPTCY DIVISION | Court Claim Number:1 | ACCOUNT NO.:  3735 |
| PO BOX 280946 | | |
| | CLAIM:  1,512.02 | |
| HARRISBURG, PA  17128-0946 | COMMENT:  ...1664*CL1GOV AS UNSEC*$/CL-PL@3%/PL@PRI*NO YRS/SCH | |

| | | |
|---|---|---|
| **PHEAA(*)** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 1375 | Court Claim Number: | ACCOUNT NO.:  1083 |
| | CLAIM:  0.00 | |
| BUFFALO, NY  14240-1375 | COMMENT:  ENT NEW SCH AMT/AMD F*2-22-24 | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 94982 | Court Claim Number:13 | ACCOUNT NO.:  5012 |
| | CLAIM:  7,435.47 | |
| CLEVELAND, OH  44101 | COMMENT: | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 94982 | Court Claim Number:15 | ACCOUNT NO.:  0843 |
| | CLAIM:  7,921.48 | |
| CLEVELAND, OH  44101 | COMMENT: | |

| | | |
|---|---|---|
| **SEVENTH AVENUE** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SVC* | Court Claim Number:10 | ACCOUNT NO.:  6570 |
| PO BOX 800849 | | |
| | CLAIM:  3,229.79 | |
| DALLAS, TX  75380 | COMMENT:  X0570/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - A** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:20 | ACCOUNT NO.:  5571 |
| | CLAIM:  432.46 | |
| HOUSTON, TX  77210-4457 | COMMENT:  X4583/SCH*BELK | |

| | | |
|---|---|---|
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - A** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:17 | ACCOUNT NO.:  9527 |
| | CLAIM:  87.90 | |
| HOUSTON, TX  77210-4457 | COMMENT:  X1859/SCH*GAP | |

| | | |
|---|---|---|
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - A** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:19 | ACCOUNT NO.:  9732 |
| | CLAIM:  1,714.11 | |
| HOUSTON, TX  77210-4457 | COMMENT:  PPC | |

| | | |
|---|---|---|
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - A** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:21 | ACCOUNT NO.:  6629 |
| | CLAIM:  1,665.01 | |
| HOUSTON, TX  77210-4457 | COMMENT:  X1853/SCH*PPMC | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CONTINENTAL FINANCE COMPANY** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 4550 NEW LINDEN HILL RD STE 400 | Court Claim Number: | ACCOUNT NO.:  6648 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19808 | COMMENT:  TBOM/SCH | |

| | | |
|---|---|---|
| **TD BANK NA(\*)** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPT ME 100-39 | Court Claim Number: | ACCOUNT NO.:  5975 |
| POB 9547 | | |
| | CLAIM:  0.00 | |
| PORTLAND, ME  04112 | COMMENT:  NT ADR~TARGET/SCH | |

| | | |
|---|---|---|
| **COUNTRY DOOR** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SVC\* | Court Claim Number:12 | ACCOUNT NO.:  6530 |
| PO BOX 800849 | | |
| | CLAIM:  2,070.05 | |
| DALLAS, TX  75380 | COMMENT:  X0252/SCH | |

| | | |
|---|---|---|
| **UPMC HEALTH SERVICES** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:22 | ACCOUNT NO.:  3735 |
| PO BOX 1123 | | |
| | CLAIM:  119.13 | |
| MINNEAPOLIS, MN  55440 | COMMENT:  X3143/SCH | |

| | | |
|---|---|---|
| **DISTRICT COURT** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| #05 3 04 | Court Claim Number: | ACCOUNT NO.: |
| 2060 SAXONBURG BLVD | | |
| | CLAIM:  0.00 | |
| GIBSONIA, PA  15044 | COMMENT: | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE\*** | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:8-2 | ACCOUNT NO.:  3735 |
| PO BOX 7317 | | |
| | CLAIM:  18,717.44 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  CL8-2GOV\*$/CL-PL@0%/PL\*NO PRI/SCH\*AMD | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE\*** | Trustee Claim Number:37  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:8-2 | ACCOUNT NO.:  3735 |
| PO BOX 7317 | | |
| | CLAIM:  5,803.97 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  NO GEN UNS/SCH\*AMD\*CL GOV | |

| | | |
|---|---|---|
| **JEFFREY R HUNT ESQ** | Trustee Claim Number:38  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| GRB LAW | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  PEOPLES/PRAE | |

| | | |
|---|---|---|
| **MIDFIRST BANK** | Trustee Claim Number:39  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| ATTN BANKRUPTCY TRUSTEE PMTS\* | Court Claim Number:16 | ACCOUNT NO.:  2708 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  884.38 | |
| OKLAHOMA, OK  73118 | COMMENT:  $/CL-PL@MIDLAND\*THRU 11/22 | |

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY(\*)** | Trustee Claim Number:40  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number:18 | ACCOUNT NO.:  3077 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM:  84.23 | |
| PITTSBURGH, PA  15219 | COMMENT:  NT/SCH | |

**CLAIM RECORDS**

| **UPMC PHYSICIAN SERVICES** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:23 | ACCOUNT NO.:  3735 |
| PO BOX 1123 | | |
| | CLAIM:  479.94 | |
| MINNEAPOLIS, MN  55440 | COMMENT:  NT/SCH | |

Case 22-22158-GLT    Doc 74    Filed 07/07/26    Entered 07/07/26 14:16:58    Desc
Page 7 of 7

**UPMC PHYSICIAN SERVICES**
C/O DCM SERVICES/BANKRUPTCY
PO BOX 1123

MINNEAPOLIS, MN  55440

Trustee Claim Number:41  INT %:  0.00%
Court Claim Number:23

CLAIM:  479.94
COMMENT:  NT/SCH

CRED DESC:  UNSECURED CREDITOR
ACCOUNT NO.:  3735